OWEN, WICKERSHAM & ERICKSON, P.C.
GREGORY N. OWEN CBN 122825
NOEL M. COOK CBN 122777
EMILY K. POOLE CBN 301857
455 Market Street, Suite 1910
San Francisco, California 94105
Telephone: 415.882.3200
Facsimile:  415.882.3232
Email: gowen@owe.com
Email: ncook@owe.com
Email: epoole@owe.com

*Attorneys for Plaintiff*
The Masters of Beverages, LLC dba Spider Energy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MASTERS OF BEVERAGES, LLC DBA SPIDER ENERGY,<br><br>            Plaintiff,<br><br>      vs.<br><br>DR PEPPER/SEVEN UP, INC.;<br>DR PEPPER SNAPPLE GROUP, INC.,<br><br>            Defendants. | Case No. 15-cv-03925-JCS<br><br>***EX PARTE* REQUEST AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT<br>LOCAL RULE 6-1(b)** |

    Plaintiff The Masters of Beverages, LLC dba Spider Energy hereby requests a thirty (30) day extension of time to serve its Complaint and Summons.

    Plaintiff has not yet served Defendants Dr Pepper/Seven Up, Inc. and Dr Pepper Snapple Group, Inc. with the Complaint and Summons in this case because the parties have been actively engaged in settlement discussions.  These settlement discussions have resulted in a settlement in principle.  The parties are currently preparing the written settlement agreement and expect to complete the settlement soon.  The deadline by which Plaintiff must serve the Summons and Complaint is December 25, 2015.

    Accordingly, Plaintiff The Masters of Beverages, LLC dba Spider Energy requests a thirty (30) day extension of time, to and including **January 24, 2016**, to serve its Summons and

1 | Complaint.  Other dates scheduled by the Court will not be affected.

2 |     Plaintiff did not obtain a stipulation to the requested continuation because it has not yet effected service upon Defendants, and neither Defendants nor counsel for Defendants have appeared.

Dated:  December 22, 2015                OWEN, WICKERSHAM & ERICKSON, P.C.

                                                By  /s/ Gregory N. Owen
                                                    Gregory N. Owen
                                                    Noel M. Cook
                                                    Emily K. Poole
                                                    *Attorneys for Plaintiff*
                                                    The Masters of Beverages, LLC dba Spider Energy

1
2                          **[PROPOSED] ORDER**

3        IT IS ORDERED that Plaintiff is granted an additional thirty (30) days in which to serve

4   its Complaint and Summons, up to and including **January 24, 2016**.

5
6   Dated: __12/29/15_____            __/s/ Joseph C. Spero_____
                                                        Joseph C. Spero
7                                                       United States Magistrate Judge

8
9
10
11
12  S:\1Clients\MASBEV\70001\Request-ExtendTime-ServeComplaint.doc

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28